Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **NO. 3:10-cr-00247-2** |
| **v.** | ) | |
| | ) | **JUDGE TRAUGER** |
| **THOMAS SCHROEDER** | ) | |

## MOTION TO CONTINUE TRIAL
## AND TO EXTEND PRETRIAL DEADLINES

Defendant Thomas Schroeder, through counsel, respectfully moves the Court to continue the trial in this cause from September 18, 2012 to a date after March 4, 2013 appropriate to the Court's calendar, and to extend pretrial deadlines. In support of this motion, defendant files counsel's declaration *ex parte* and under seal and would respectfully show:

1.      Defendant is currently scheduled for trial on September 18, 2012 at 9:00 a.m. (D.E. 104).

2.      Representation in this matter began on November 4, 2011, after defendant's former appointed counsel withdrew from representation. Defendant is indigent. (D.E. 67)

3.      The indictment against defendant contains four counts alleging: robbery in violation of Title 18 U.S.C. § 1951, possession of a firearm in furtherance of a crime of violence in violation to Title 18 U.S.C. § 924(c) and convicted felon in the possession of a firearm (2 counts) in violation of Title 18 U.S.C. § 922(g).

4.      Counsel is scheduled to begin trial in *United States vs. Padilla* before Judge Campbell on September 11, 2012. *Padilla* is not likely to settle and trial will last into the second week. Counsel has three other trials in October, early December, and early January