IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Plea hearing set for 4/26/13 at 2:00 p.m.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:10-cr-00247-2 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| THOMAS SCHROEDER | ) | |

## MOTION TO SET PLEA HEARING

Defendant Thomas Schroeder, through counsel, respectfully moves the Court to enter an order scheduling a change of plea hearing in this cause in thirty (30) days, or on a date thereafter convenient with the Court's docket.

In support of this motion, defendant would respectfully show:

1. Defendant is currently scheduled for trial on March 19, 2013 at 9:00 a.m. (D.E. 114).

2. Defendant intends to enter a plea of guilty, and believes he will proceed pursuant to plea agreement, but needs additional time to work through the specific terms, including collateral state court issues.

3. The motion has been discussed with AUSA Boucek and the government has no objection to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to enter an order scheduling a change of plea hearing in this cause in thirty (30) days, or on a date thereafter convenient with the Court's docket.