IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-cr-00247-2 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| THOMAS SCHROEDER | ) | |

**Motion GRANTED. Hearing reset for 7/1/13 at 10:00 a.m.**

[Signature]

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

Defendant Thomas Schroeder, through counsel, moves for an order continuing his change of plea hearing from June 24, 2013 to July 1 or the earliest date thereafter available on the Court's docket. In support defendant would show:

1. Defendant is currently scheduled for a change of plea hearing on June 24, 2013 at 2:30 p.m. (Docket No. 132).

2. Defendant intends to enter a plea of guilt, and to proceed pursuant to a plea agreement. However, defendant needs additional time to finalize certain terms related to his state charges.

3. These issues have been discussed with AUSA Braden Boucek and the government does not object to a continuance in this matter.

WHEREFORE, PREMISES CONSIDERED, defendant moves for an order continuing his change of plea hearing from June 24, 2013 at 2:30 p.m. to July 1st or the earliest date thereafter available on the Court's docket.

1