# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00247-1 |
| | ) | Judge Trauger |
| JESSICA POTTS | ) | |

## O R D E R

It is hereby **ORDERED** that the change of plea hearing on Tuesday, July 9, 2013 at 2:30 p.m. is **RESET** for at 1:00 p.m. on the same day.

It is so **ORDERED**.

ENTER this 8th day of July 2013.

                                                           _____
                                                           ALETA A. TRAUGER
                                                           U.S. District Judge